**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| DONALD MCIVOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 06-1029 |
| ) | |
| R.V. VEACH, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is Petitioner's Motion for Leave to Proceed In Forma Pauperis [Doc. # 7]. Petitioner previously moved for relief from his conviction under 29 U.S.C. § 2241. Under 28 U.S.C. § 1915(a)(3), the Court is required to determine if Petitioner's appeal is taken in good faith. See Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998). To determine that an appeal is taken in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000). The Court finds this appeal is not taken in good faith. As previously stated, Petitioner can only challenge his conviction through a section 2241 petition under very limited circumstances, none of which exist here. Accordingly, the motion is denied.

IT IS THEREFORE ORDERED that Petitioner's Motion for Leave to Proceed In Forma Pauperis [Doc. # 7] is DENIED.

Entered this   27th   day of April, 2006.

                                                                                     s/ Joe B. McDade
                                                                                  JOE BILLY McDADE
                                       United States District Judge